John M. Kreutzer, OSB #973069
jkreutzer@smithfreed.com
Matthew B. Duckworth, OSB #022994
mduckworth@smithfreed.com
SMITH FREED & EBERHARD PC
111 SW Fifth Avenue, Suite 4300
Portland, Oregon 97204
Telephone: 503-227-2424
Facsimile: 503-227-2535

Of Attorneys for Defendant



# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| DAWN LAGOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>CONCERO, INC.<br><br>    Defendant. | Case No.: 3:14-cv-00315-ST<br><br>OFFER OF JUDGMENT |

Pursuant to Fed. R. Civ. P. 68, Defendant Concero, Inc. offers to allow judgment to be entered against it and in favor of plaintiff Dawn LaGood in the total aggregate amount of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00), inclusive of damages, legally recoverable costs, legally recoverable attorney's fees and legally recoverable expenses.

/////

/////

/////

/////

/////

Page 1 - DEFENDANT'S OFFER OF JUDGMENT

268177

Dated this 6th day of November, 2014.

                SMITH FREED & EBERHARD, P.C.

By: _____
John M. Kreutzer, OSB #973069
jkreutzer@smithfreed.com
Matthew B. Duckworth, OSB #022994
mduckworth@smithfreed.com
Telephone: (503) 227-2424
Of Attorneys for Defendant

Plaintiff accepts the above Offer of Judgment this ___18th___ day of ___November___, 2014.

By: _____
Stephen L. Brischetto
Attorney for Plaintiff

Page 2 - DEFENDANT'S OFFER OF JUDGMENT        268177

SMITH FREED & EBERHARD, P.C.
111 S.W. Fifth Avenue, 43rd Floor
Portland, Oregon 97204
Telephone (503) 227-2424
Facsimile (503) 227-2535

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2014 I caused to be served the foregoing **DEFENDANT'S OFFER OF JUDGMENT**, on the following individual by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed as shown below, the last-known address for said individual, and deposited with the United States Postal Service at Portland, Oregon on the date set forth above and provided a courtesy copy by **emailing** a true and correct copy to the email address stated below.

Stephen L. Brischetto
Attorney at Law
621 SW Morrison St., Ste. 1025
Portland, OR 97205
slb@brischettolaw.com

Dated this 6th day of November, 2014.

SMITH FREED & EBERHARD, P.C.

By: _____
John M. Kreutzer, OSB #973069
jkreutzer@smithfreed.com
Matthew B. Duckworth, OSB #022994
mduckworth@smithfreed.com
Telephone: (503) 227-2424
Of Attorneys for Defendant

Page 3 - DEFENDANT'S OFFER OF JUDGMENT                                             268177

SMITH FREED & EBERHARD P.C.
111 S.W. Fifth Avenue, 43rd Floor
Portland, Oregon 97204
Telephone (503) 227-2424
Facsimile (503) 227-2535

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **ACCEPTANCE OF OFFER OF JUDGMENT**:

John M. Kreutzer
Smith Freed & Eberhard PC
111 SW 5th Avenue, Suite 4300
Portland, Oregon 97204

    Of Attorneys for Defendants

      ___HAND DELIVERY
      ___U.S. MAIL
      ___FAX
      ___E-MAIL
      _X_ECF

by delivering this date to said attorney(s) a true copy thereof as stated above. I further certify that documents delivered by mail were contained in sealed envelopes, addressed as above stated, to the last-known addresses of said attorney(s). Documents delivered by mail were deposited in the post office at Portland, Oregon with postage thereon prepaid. Documents served through ECF were served through the electronic service function of the court's efiling program.

    DATED:    November 19, 2014.

        *s/Stephen L. Brischetto*
        Stephen L. Brischetto
        OSB 781564
        (503) 223-5814
        Attorney for Plaintiff

PAGE 1 - CERTIFICATE OF SERVICE

CERTIF1.FEDERAL.DOCX

*STEPHEN L. BRISCHETTO*
*ATTORNEY AT LAW*
*621 SW Morrison St, Suite 1025*
*Portland, Oregon 97205*
*Telephone: (503) 223-5814*