UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

DAWN LAGOOD.

    Plaintiff,

  v.

CONCERO, INC.,

    Defendant.

3:14-cv-00315-ST

JUDGMENT

STEWART, Magistrate Judge:

Based on the OFFER OF JUDGMENT and acceptance, document [27],

IT IS ORDERED AND ADJUDGED that judgment be entered against defendant Concero, Inc., and in favor of plaintiff Dawn LaGood in the total aggregate amount of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00) inclusive of damages, legally recoverable costs, legally recoverable attorney's fees and legally recoverable expenses..

DATED November 20, 2014.

 

s/ Janice M. Stewart
Janice M. Stewart
United States Magistrate Judge